EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Designación de la Directora Ejecutiva de la Comisión de Evaluación Judicial | 2021 TSPR 01<br><br>205 DPR \_\_\_\_\_ |
| --- | --- |

Número del Caso:  EN-2021-01


Fecha:  7 de enero de 2021


Materia:  Resolución del Tribunal.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| *In re*<br><br>Designación de la Directora Ejecutiva de la Comisión de Evaluación Judicial | EN-2021-1 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de enero de 2021.

En virtud de la Regla 5 del Reglamento para la Evaluación de Jueces y Juezas del Tribunal de Primera Instancia, 199 DPR 904 (2018), el Tribunal Supremo designa a la Lcda. Lorena Cortés Rivera como Directora Ejecutiva de la Comisión de Evaluación Judicial, efectivo el 11 de enero de 2021.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. La Jueza Presidenta Oronoz Rodríguez disiente y emite la expresión siguiente:

Discrepo de la acción que realiza hoy una Mayoría de este Tribunal por los fundamentos expuestos en el Voto particular disidente que emití en In re Aprobación de Reglamento para la Evaluación de Jueces y Juezas del Tribunal de Primera Instancia, 199 DPR 904, 930-937 (2018).

El Juez Asociado señor Colón Pérez disiente y hace constar la expresión siguiente:

El Juez Asociado señor Colón Pérez, sin pasar juicio sobre si la abogada designada a ocupar el cargo de Directora Ejecutiva de la Comisión de Evaluación Judicial tiene o no tiene los méritos para ocupar tal posición, discrepa del curso de

acción seguido por una mayoría de este Tribunal para realizar el referido nombramiento, ello por considerar que -- de conformidad con lo dispuesto en el Art. V, Sec. 7, de la Constitución del Estado Libre Asociado de Puerto Rico -- la facultad de designar los funcionarios o funcionarias que se desempeñan en cargos como el que está aquí en controversia es una **tarea inherentemente administrativa** que históricamente le ha correspondido al Juez Presidente o Jueza Presidenta de esta Curia, en este caso la Hon. Maite D. Oronoz Rodríguez.

Bettina Zeno González
Secretaria del Tribunal Supremo Interina